IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICKY LEE                                                                                                   PLAINTIFF

      v.                              Civil No. 1:13-CV-01005

HORACE WATKINS, Chief of
Police, Eudora Police Department;
ALICE WOODS; and CHRISSY
DAVIDSON                                                                                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

When Plaintiff filed this case, he was incarcerated in the Ashley County Detention Center (ECF No. 2). On November 19, 2013, the Plaintiff notified the Court that he was no longer incarcerated and provided his home address (ECF No. 21). Plaintiff has not communicated with the Court since November of 2013.

By Order (ECF No. 32) entered on May 26, 2015, a hearing on Defendants' Motions for Summary Judgment was scheduled for July 21, 2015. On June 24, 2015, an Order (ECF No. 33) was entered directing the Plaintiff to advise the Court by July 8, 2015, if he intended to appear for the July 21st hearing. Plaintiff was specifically advised that failure to respond to the Order (ECF No. 33) might result in the cancellation of the hearing and the dismissal of the action.

By text order entered on July 15, 2015, the hearing was cancelled. To date, Plaintiff has not responded to the Court Order (ECF No. 33). He has not communicated with the Court in anyway.

I therefore recommend that this case be **DISMISSED WITH PREJUDICE** based on the Plaintiff's failure to obey an Order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 12th day of November 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE