IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICKY LEE                                                                                              PLAINTIFF

VS.                                       Civil No. 1:13-cv-1005

HORACE WATKINS, Chief of
Police, Eudora Police Department;
ALICE WOODS; and CHRISSY
DAVIDSON                                                                                             DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed November 12, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends that Plaintiff's Complaint be dismissed with prejudice for failure to obey Court orders and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge